RECORD OF GRAND JURY BALLOT

c/ 2:19-626

THE UNITED STATES OF AMERICA v. **STEPHANIE JEAN LOCKER** and **GERALD VINCENT LOCKER, Jr.**

(SEALED UNTIL FURTHER ORDER OF THE COURT)